[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION<br>
www.flmb.uscourts.gov

In re:                                             Case No. 8:05-bk-22592-CED
                                                   Chapter 13

William M. Reynolds Jr

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on January 20, 2015, by Finders Group, LLC on behalf of Samuel R. Mallard. Having verified that the sum of $249.93 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 249.93 to:

Samuel R. Mallard
c/o Finders Group, LLC
4200 Wisconsin Avenue NW, Suite 106-158
Washington, DC 20016

Dated: 1/30/15

Caryl E. Delano
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.